United States Bankruptcy Court
Eastern District Of Arkansas
Little Rock Division

IN RE: CHRISTOPHER LLOYD EDWARDS               Case No: 4:10-bk18284
and NORMA INEZ EDWARDS, debtors                Chapter 13

**NOTICE OF FILING OF AMENDED AND ADDITIONAL STATEMENTS, SCHEDULES, AND CHAPTER 13 PLAN, BY DEBTOR CHRISTOPHER LLOYD EDWARDS; RESCHEDULING CREDITOR'S MEETING DATE, AND THE FILING OF DEBTOR NORMA INEZ EDWARDS' MOTION TO DISMISS HER CHAPTER 13 PETITION**

**WITH NOTICE OF OPPORTUNITY TO OBJECT TO DEBTORS' PLAN AND ANY OTHER DOCUMENTS FILED HEREIN**

The Debtors have filed certain documents in their above referenced Chapter 13 bankruptcy proceedings.  **You should read these documents carefully and discuss them with your attorney if you have one.**

If you wish to object to the contents or terms any of these documents, **then on or before January 16, 2010,** you must file with the court a written objection, explaining your position, on or before the date stated above.  If you file an objection a hearing before the Court will be scheduled to give you a hearing and the opportunity to state your objections to the Court.  You must also provide a copy of any documents you file to the debtors' attorney by electronic service, using the ECF system, or by mail addressed to: **Satterfield Law Firm, PLC; P.O. Box 1010, Little Rock, Arkansas  72203-1010.**

If you do not take the above action, the Court may decide that you do not oppose the enclosed Debtors' documents that were filed in this case, a copy of which are enclosed for your convenience.

DATE: December 15th, 2010        Signature:/s/ Guy R. Satterfield
                                 Guy R. Satterfield (81140)
                                 Attorney for the Debtors
                                 P.O. Box 1010
                                 Little Rock, AR  72203-1010
                                 Tele: 501-376-0411Fax:374-2428
                                 Email: satterfieldlaw@comcast.net

**CERTIFICATE OF SERVICE**

I the undersigned attorney hereby certify that I have served a copy of the foregoing Notice of Filing of Documents and Opportunity to Object to: Mark McCarty, Chapter 13 Trustee; including the filed documents, via the ECF system; and also to all interested parties listed in the creditor mailing matrix attached hereto, by enclosing of a copy of said documents, including the chapter 13 plan and 341(a) notice of creditors' meeting, by depositing the same in the U.S. Mail to the addresses indicated on the attached creditor list, on this 15th day of December, 2010.

                                 /s/  Guy R. Satterfield
                                      Guy R. Satterfield

4:10-bk-18284 Doc#: 18-1 Filed: 12/15/10 Entered: 12/15/10 16:31:01 Page 2 of 2